IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                    NO. 6:05m6009-001
              (District of Vermont Case # 2:05-CR-1-1)

ERIC KLEINE                                                  DEFENDANT

## ORDER OF REMOVAL

The above named defendant, after being arrested in this district on a warrant from the District of Vermont on <u>a warrant for violation of pre-trial release conditions on a felon in possession charge,</u> and after being identified as the person named in the warrant, was remanded to the custody of the United States Marshal pending removal to the District of Vermont.

The United States Marshal for the Western District of Arkansas is hereby commanded to remove the above-named defendant to the District of Vermont and there deliver him to the United States Marshal for that district or to some other officer authorized to receive him.

IT IS SO ORDERED this 8th day of November 2005.

HON. BOBBY E. SHEPHERD
UNITED STATES MAGISTRATE JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARK
FILED

NOV 8 2005

CHRIS R. JOHNSON, CLERK
BY DC
DEPUTY CLERK

AO72A
(Rev. 8/82)